UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE BATTS**

TL TOYS HK, LTD.,

    Plaintiff,

v.

CHRISHA CREATIONS, LTD.,

    Defendant.

CASE NO.

**07 CV 1366**

CERTIFICATION PURSUANT TO
F.R.C.P. 7.1

Pursuant to F.R.C.P. 7.1, the undersigned counsel to plaintiff TL Toys HK, Ltd., a private non-governmental party, certifies that it has no corporate parent and no publicly held subsidiaries or affiliates.

RECEIVED
FEB 23 2007
U.S.D.C. S.D. N.Y.
CASHIERS

DAY PITNEY LLP

_Jeffrey S. Mandel_
Jeffrey S. Mandel (JM8435)
7 Times Square
New York, New York 10036
(212) 297-5800

Attorneys for Plaintiff
TL Toys HK, Ltd.

Dated: 2/21/07

1503727A01022207

1