UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07-cv-1366

TL TOYS HK, LTD.
, Plaintiff(s)

- against -

CHRISHA CREATIONS, LTD.
, Defendant(s)

State of New York     )
                      )  SS.:
County of New York    )

### AFFIDAVIT OF SERVICE

Weerata Wiruchnipawan being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York.  That on 02/26/2007 at  4:34 AM at:
   SPIEGEL & UTRERA, P.A. P.C.
   1 MAIDEN LANE
   5TH FLOOR
   NEW YORK NY 10038

Deponent served the:

SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
COMPLAINT
upon SEBASTIAN Y. GHEITH, ESQ., by delivering true copies to recipient personally, deponent knew the person so served to be the person described as said recipient therein.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or New York. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 29 HEIGHT: 5'10''  WEIGHT: 180    HAIR: BLACK   RACE: WHITE   SEX: MALE

_____
Weerata Wiruchnipawan      License #1240622

SWORN TO BEFORE ME Feb 28 2007

*Jacqueline M. Billings*
*Notary Public, State of New York*
*01BI6151824*
*Broome County*
*...s 20 10*

OUR DOC# 17158
Day Pitney LLP
7 Times Square
20th Floor
New York NY 10036
212-297-5800