```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2007
```

BATTS, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TL TOYS HK, LTD.,

        Plaintiff,

-against-

CHRISHA CREATIONS, LTD.,

        Defendant.

------------------------------------------------------------X

Civ. No.: 07 CV 1366 (DAB)

STIPULATION EXTENDING TIME
TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT

Plaintiff TL Toys HK, Ltd. ("TL Toys") and defendant Chrisha Creations, Ltd. ("Chrisha") hereby stipulate and agree as follows:

1. The time for Chrisha to answer, make any motion or otherwise respond to the Complaint in this action is extended to and including April 2, 2007.

2. This stipulation may be executed in one or more copies, all of which shall constitute, and be construed, as a single instrument upon delivery and exchange of such signed copies by each of the undersigned.

Dated: Uniondale, New York
      March 16, 2007

RIVKIN RADLER LLP

_____
Celeste M. Butera (CB 5659)
Joseph K. Poe (JP 1960)
926 Reckson Plaza
Uniondale, New York 11556-0926
(516) 357-3000
(516) 357-3333 (facsimile)

Attorneys for Plaintiff
CHRISHA CREATIONS, LTD.

Dated: New York, New York
      March 19, 2007

DAY PITNEY LLP

_____
Jeffrey S. Mandel (JM 8435)
200 Campus Drive
Florham Park, New Jersey 07932
(973) 966-8206
(973) 966-1015 (facsimile)

Attorneys for Plaintiff
TL TOYS HK, LTD.

**SO ORDERED**

_____
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
3/19/2007