UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TL TOYS HK, LTD.

                  Plaintiff,

                                                                                    Civil Action No.:

                -against-                                         07-CV-1366 (DAB)

CHRISHA CREATIONS, LTD,                       **NOTICE OF APPEARANCE**

                                  Defendant.

-------------------------------------------------------------------X

## APPEARANCE

Please enter the appearance of the undersigned in the above captioned matter on behalf of the Defendant, CHRISHA CREATIONS LTD.

Dated: Uniondale, New York
       March 29, 2007

                                      RIVKIN RADLER LLP

                        By: _____/s/_____
                               Joseph K. Poe
                               *Attorney for Defendant*
                               926 RexCorp Plaza
                               Uniondale, New York  11556-0926
                               (516) 357-3000

2027198 v1