UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TL TOYS HK, LTD.,                                    Civ. No.: 07 CV 1366 (DAB)

                          Plaintiff,

                                                     **DECLARATION OF JOSEPH K.**
          -against-                                  **POE IN SUPPORT OF**
                                                     **CHRISHA CREATIONS, LTD.'S**
CHRISHA CREATIONS, LTD.,                              **MOTION TO DISMISS**

                          Defendant.

------------------------------------------------------------X

I, Joseph K. Poe, hereby declare as follows:

1.       I am an attorney duly admitted to practice law in the State of New York and in the United States District Court, Southern District of New York. I am a member of the law firm Rivkin Radler LLP, located at 926 RexCorp Plaza, Uniondale, New York 11556-0926, attorneys for the defendant, Chrisha Creations, Ltd., and, as such, I am fully familiar with the facts and circumstances herein based upon personal knowledge and a review of our file in this matter.

2.       I make this declaration in support of Royal's motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6).

3.       Attached to this Declaration as Exhibit "1" is a true and correct copy of the Complaint in the action *Chrisha Creations, Ltd. v. TL Toys HK, Ltd.*, 1:06-cv-00499-S-LDA (D. R.I.) (the "Rhode Island Action").

4.       Attached to this Declaration as Exhibit "2" is a true and correct copy of the Affidavit of Service filed by Chrisha in the Rhode Island Action.

5.    Attached to this Declaration as Exhibit "3" is a true and correct copy of the Application to Clerk for Entry of Default in the Rhode Island Action, dated March 6, 2007.

6.    Attached to this Declaration as Exhibit "4" is a true and correct copy of the Entry of Default entered in the Rhode Island Action, dated March 7, 2007.

7.    Attached to this Declaration as Exhibit "5" is a true and correct copy of the Complaint filed in this action.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2007,
Uniondale, New York.

Joseph K. Poe (JP 1960)
Rivkin Radler LLP
Attorneys for Defendant
926 RexCorp Plaza
Uniondale, New York 11556-0926
(516) 357-3000

2023818 v1

# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

---

CHRISHA CREATIONS, LTD.

PLAINTIFF

**06 499**S-LDA

VS.

CIVIL ACTION NO.

TL TOYS HK, LTD.

DEFENDANT.

---

## COMPLAINT

Plaintiff, CHRISHA CREATIONS, LTD. ("Chrisha"), by and through its

attorneys, KIERNAN PLUNKETT & REDIHAN, hereby states its claims for relief

against Defendant, TL TOYS HK, LTD. (hereinafter "TL Toys") and alleges as follows:

### NATURE AND STATUTORY BASES OF ACTION

1.      This is an action for declaratory relief pursuant to 28 U.S.C. § 2201 and

2202, and damages as a result of a breach of contract by TL Toys. Chrisha seeks a

declaration that it properly rejected defective goods received from defendant TL Toys

under the Uniform Commercial Code, U.C.C. § 2-601, *et. seq.* (R.I. Gen. Laws § 6A-2-601,

*et. seq.).* Chrisha seeks a declaration that it is entitled to indemnification from TL Toys

for any claims against Chrisha by third-parties arising out of the delivery and

rejection of defective goods from TL Toys. Chrisha also seeks damages as a result of the

breach of sales orders by TL Toys.

## PARTIES

2.      Chrisha is a corporation formed under the laws of the State of Rhode

Island with its principal place of business in Smithfield, Rhode Island.

3.      Upon information and belief, TL Toys is a corporation formed under the

laws of Hong Kong with its principal place of business in Hong Kong.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this action pursuant to 28

U.S.C. § 1332, as the parties are of diverse citizenship and the amount in controversy

exclusive of costs and fees is in excess of $75,000.

5.      This Court has personal jurisdiction over TL Toys, as TL Toys has

transacted and does transact business within the District of Rhode Island, and TL Toys

has purposefully directed its conduct toward Chrisha in this District.

6.      Venue is proper in the District of Rhode Island under 28 U.S.C. § 1391(a)

and (c), as Chrisha resides in this District and TL Toys conducts business in this District.

## GENERAL ALLEGATIONS

7.      Chrisha entered into certain contracts with TL Toys for the purchase by

Chrisha of certain goods manufactured by TL Toys. Specifically, Chrisha purchased

from TL Toys "rotating inflatable products", product numbers 89004, 88886, 89005, 89011, 88996m and 89004m, and "inflatable Halloween archway tunnels", product number 89017 (collectively referred to as "the TL Toys products").

8.    The TL Toys products purchased by Chrisha were to be distributed by Chrisha to its customers. In many cases, the TL Toys products were shipped directly from TL Toys to Chrisha's customers in the United States and Canada.

9.    Upon inspection of the TL Toys products received from TL Toys, various defects were discovered and, as a result, such products do not conform to the terms of the contracts entered into between Chrisha and TL Toys.

10.    The total number of currently known non-conforming "Rotating inflatable products" is approximately 40,000 pieces and the defects currently known to be contained in the "Rotating inflatable products" include the following: (1) the Rotating module fails to rotate; (2) the Snow circulation tubes do not properly circulate snow and do not function as required; (3) the Center inflatable is not inflating; (4) the support string inside the inflatable is breaking and fails to support the figure upright as necessary; and (5) there are stained and otherwise non-conforming materials that were used in the products.

11.    The total number of non-conforming "Halloween Archway Tunnels" is approximately 1,000 pieces and the defects currently known to be contained in the "Halloween Archway Tunnels" include the following: (1) the fan is not up to contract

standards; and (2) the products fail to inflate.

12.    The TL Toys products also were not timely delivered by TL Toys as required by the terms of the contracts.

13.    As a result of the non-conformity of the TL Toys products, Chrisha rejected the TL Toys products pursuant to the contracts between TL Toys and Chrisha and the Uniform Commercial Code.

14.    Chrisha also retained and reserved all of its rights and remedies, including the right to seek all damages available to it under the Uniform Commercial Code and based on any other law or fact.

15.    As a result of the non-conformity of the TL Toys products, Chrisha has no obligation to make payment to TL Toys for any of the TL Toys products in accordance with the terms and conditions of the Uniform Commercial Code.

## FIRST CLAIM FOR RELIEF

### (Proper Rejection Under UCC)

16.    Chrisha hereby incorporates Paragraphs 1 through 15 as if fully stated herein.

17.    The TL Toys products provided by TL Toys pursuant to the contracts entered into between TL Toys and Chrisha were defective and did not conform to the terms of the contracts.

18.     Pursuant to U.C.C. § 2-601 *et. seq.* (R.I. Gen. Laws § 6A-2-601, *et. seq.*),

Chrisha properly rejected the TL Toys products as they failed to conform to the

contracts.

19.     Chrisha's rejection of the TL Toys products was within a reasonable time

after their delivery by TL Toys.

20.     Chrisha is thus entitled to a judicial declaration that its rejection of the TL

Toys products was proper under the Uniform Commercial Code.

SECOND CLAIM FOR RELIEF

(Indemnification of Third-Party Claims)

21.     Chrisha hereby incorporates Paragraphs 1 through 20 as if fully stated

herein.

22.     Chrisha entered into contracts with certain of its customers to supply such

customers with rotating inflatable products and inflatable Halloween archway tunnels.

23.     As a result of TL Toys' breach of the contracts concerning its sale of the TL

Toys products to Chrisha,  Chrisha was unable to fulfill its obligations to its customers

under its contracts with its customers.

24.     TL Toys is responsible for indemnifying Chrisha against any and all third-

party claims by Chrisha's customers arising out of TL Toys' breach of its contracts with

Chrisha for the TL Toys products, including TL Toys' reimbursement of the purchase

price paid by Chrisha' s customers for the TL Toys products and the profit that

Chrisha's customers would have derived from the sale of the TL Toys products.

25.     Chrisha is thus entitled to a judicial declaration that TL Toys is responsible for indemnifying Chrisha against any and all third-party claims by Chrisha's customers arising out of TL Toys' breach of its contracts with Chrisha for the TL Toys products.

### THIRD CLAIM FOR RELIEF

### (Breach of Contract)

26.     Chrisha hereby incorporates Paragraphs 1 through 25 as if fully stated herein.

27.     As a result of TL Toys' breach of contract, Chrisha was forced to incur various costs, including but not limited to, freight and shipping charges, inspection of the defective products and other costs.

28.     The full extent of Chrisha's damages has not yet been ascertained.

29.     Chrisha seeks to recover damages against TL Toys for all amounts and costs that Chrisha has sustained or will sustain as a result of the breach of contract by TL Toys.

WHEREFORE, Chrisha requests that this Court enter judgment against TL Toys as follows:

a.     On Chrisha's First Claim for Relief, a judicial declaration that its rejection of the TL Toys products was proper under the Uniform

Commercial Code;

b.    On Chrisha's Second Claim for Relief, a judicial declaration that TL

Toys is responsible for indemnifying Chrisha against any and all

third-party claims by Chrisha's customers arising out of TL Toys'

breach of its contracts with Chrisha for the TL Toys products;

c.    On Chrisha's Third Claim for Relief, damages in an amount to be

determined by this Court representing all amounts and costs that

were incurred and will be incurred by Chrisha as a result of the

breach of contract by TL Toys;

d.    Awarding Chrisha its costs in this action; and

e.    Awarding Chrisha such other and further relief as this Court

deems just and proper.

Thomas C. Plunkett #1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL  (401) 831-2900
FAX (401) 331-7123
Attorney for Plaintiff
CHRISHA CREATIONS, LTD.

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
CHRISHA CREATIONS, LTD.

### DEFENDANTS
TL TOYS HK, LTD.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Thomas C. Plunkett, Esq. KIERNAN PLUNKETT & REDIHAN, 91 Friendship Street, Providence, RI 02903 401-831-2900

Attorneys (If Known)   CA 06 499 S-LDA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |
|---|---|---|---|---|---|---|

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 2001 & 2002

Brief description of cause:
breach of contract - defective goods

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE 11-16-2006

SIGNATURE OF ATTORNEY OF RECORD
Thomas C. Plunkett cva

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# EXHIBIT 2

.O 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Rhode Island

CHRISHA CREATIONS LTD.

V.

TL TOYS HK, LTD.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  06-499-S

TO: (Name and address of Defendant)

TL TOYS HK, LTD

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)



Thomas C. Plunkett, Esq.
KIERNAN PLUNKETT & REDIHAN
91 Friendship Street
Providence, Rhode Island 02903

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

*Holder of Hong Kong Identity Card No. K896741 (5)

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)*     *   POON MING HANG | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 13/F., Portion A, Peninsula Centre, 67 Mody Road, Tsimshatsui, Kowloon, Hong Kong.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　Date

Signature of Server

Address of Server
Central, Hong Kong.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COUT

## District of Rhode Island

CHRISHA CREATIONS, LTD.                    **SUMMONS IN A CIVIL CASE**

V.

TL TOYS HK, LTD.

CASE NUMBER: 06-499 S

### AFFIRMATION OF POON MING HANG

I, Poon Ming Hang, holder of Hong Kong Identity Card No. K896741(5) of 6th Floor, Prince's Building, 10 Chater Road, Central, Hong Kong, clerk to Messrs Wilkinson & Grist, Solicitors for the Plaintiff, do solemnly, sincerely and truly affirm and say as that on Tuesday, 16th January 2007 I served the above-named Defendant TL TOYS HK, LTD. with a sealed copy of the Summons and the Complaint in Civil Case No.06-499 S together with a letter dated 16 January 2007 by delivering to the address of the registered office of the Defendant TL TOYS HK, LTD. at 13/F., Portion A, Peninsula Centre, 67 Mody Road, Tsimshatsui, Kowloon, Hong Kong. There is now produced and shown to me marked "PMH-1" a copy of the Letter and the Summons with the Complaint attached. The Defendant TL TOYS HK, LTD. has acknowledged receipt of the documents by affixing its company chop on the documents.

AFFIRMED at *Room 1225,*                    )
*Prince's Building, Central, Hong Kong*
on *23rd* day of January 2007.          )

Before me,

Notary Public

LAI HIN WING, HENRY
Notary Public, Hong Kong SAR
Room 1225, 12/F., Prince's Building,
10 Chater Road, Central, Hong Kong.

# UNITED STATES DISTRICT COUT

## District of Rhode Island

CHRISHA CREATIONS, LTD.                    **SUMMONS IN A CIVIL CASE**

V.

TL TOYS HK, LTD.

CASE NUMBER: 06-499 S

## <u>AFFIRMATION OF POON MING HANG</u>

Filed on          January, 2007
at

THIS IS THE EXHIBIT MARKED "PMH-1"

REFERRED TO IN THE STATUTORY DECLARATION

OF POON MING HANG DELCARED ON

THE   22nd   DAY OF JANUARY, 2007.

Before me,

LAI HIN WING, HENRY
Notary Public, Hong Kong SAR
Room 1225, 12/F, Prince's Building,
10 Chater Road, Central, Hong Kong.

| DATE | EXHIBIT MARKED | DESCRIPTION | NO. OF PAGE(S) |
|------|----------------|-------------|----------------|
| 16/01/2007 | "PMH-1" | a copy of the Letter and the Summons with the Complaint attached | 11 |



# Wilkinson & Grist

SOLICITORS & NOTARIES • AGENTS FOR TRADEMARKS & PATENTS

*Our Ref:* KH:ic:R801L0001
*Your Ref:*

6th Floor, Prince's Building,
10 Chater Road, Hong Kong.
General Line: (852) 2524 6011
General Fax: (852) 2520 2090
Interchange: DX-009004 Central 1

Direct Line: (852) 2905 4729
Direct Fax : (852) 2840 0692
Direct E-mail: kho@wilgrist.com

**TL Toys HK Limited**
13/F., Portion A,
Peninsula Centre,
67 Mody Road,
Tsimshatsui,
Kowloon,
Hong Kong

*Date: 16 January 2007*

**BY HAND**

Attn: <u>**Mr. Sun Li, Director**</u>

高
露
雲
津
師
行

Dear Sirs,

Re: **Chrisha Creation, Ltd. vs. TL Toys HK Ltd.**
**Summons in a Civil Case – Case No. 06-499 S issued by United States District Court,**
**District of Rhode Island**

We are the Hong Kong solicitors representing Chrisha Creations, Ltd. in the subject matter.

\*   We enclose by way of service the Summons in Civil Case dated December 20, 2006.

Yours faithfully,

WILKINSON & GRIST

Encl.(\*)

16  o|  o7
3:45.



**Partners:**
L.O. Leung\*
Catherine Y.N. Chong\*†
Michael W.T. Chan
Anne C.Y. Choi\*
Yvonne Chua\*
John R. Budge\*

Claresa P.Y. Wong†
Keith M.K. Ho\*
Andrea S.Y. Fong
Jeffrey H. Lane
Howard H.L. Tsang
Raymond C.K. Chant

Kenneth W.K. Fok
Esther W.L. Ho
Hannah M.W. Chow
Mena S.M. Lo
Winnie W.N. Chiu
Selene S.L. Ng

**Associates:**
Evelyn Y.L. Chan
Florence Y.Y. Chan
Janet S. Chan
Lawrence K.M. Chan
Thomas P.H. Chan
Lily Cheung

Loretta W.K. Lau
Rebecca K.P. Lau
Sherrie S.L. Lee
Venus K.P. Lee
Margaret Y.Y. Leung
Paul P.Y. Liu

Thomas C.S. Tsang
Albert T.S. Tsui
Antony C.K. Wong
Cyril C.H. Yeung
Rosalind C.Y. Yung

**Consultants:**
Peter G. Brown
Grace S.Y. Fung\*

\*   Notary Public
†   China-Appointed Attesting

# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.
                PLAINTIFF

       VS.                    CIVIL ACTION NO.  06-499S

TL TOYS HK,  LTD.
                DEFENDANT

## APPLICATION TO CLERK FOR
## ENTRY OF DEFAULT

The plaintiff in the above-entitled action pursuant to Rule 55(a) of the Federal Rules of Civil Procedure hereby makes application to the Clerk for Entry of Default for the plaintiff and against the defendant for failure of said defendant to plead or otherwise defend.

Said failure of defendant to plead or otherwise defend is set forth in the following affidavit.

### AFFIDAVIT

The undersigned, being duly sworn, upon oath deposes and says:

1. That he is a duly authorized attorney for the plaintiff and has personal knowledge of the facts set forth in this affidavit.

2. That the plaintiff on the 16th day of November, 2006, filed in the action, its complaint against the defendant.

3. That examination of the court files and records in this action shows that the said defendant was duly served with a copy of the summons together with a copy of plaintiff's complaint on January 16, 2007.

4. That more than 20 days have elapsed since service of the summons and complaint; and

5.   That the defendant has failed to plead or otherwise defend as to plaintiff's complaint; and

6.   That this affidavit is executed by affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the plaintiff to obtain an entry of default against the defendant for its failure to plead or otherwise defend as to the plaintiff's complaint.

/s/ Thomas C. Plunkett

_____

AFFIANT

Subscribed and sworn to before me this 6th day of March, 2007.

/s/ Charles N. Redihan, Jr.

_____

Notary Public

_____

NOTARY PUBLIC


### ENTRY OF DEFAULT

It appearing that the defendant(s) in the above action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

DEFAULT is hereby entered for the plaintiff and against defendant

this           day of March, 2007.

_____

CLERK

# EXHIBIT 4

Case 1:07-cv-01366-DAB    Document 7-5    Filed 03/29/2007    Page 2 of 3
Case 1:06-cv-00499-S-LDA    Document 12    Filed 03/07/2007    Page 1 of 2
Case 1:06-cv-00499-S-LDA    Document 11    Filed 03/06/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.
                    PLAINTIFF

                VS.                    CIVIL ACTION NO.  06-499S

TL TOYS HK,  LTD.
                    DEFENDANT

### APPLICATION TO CLERK FOR
### ENTRY OF DEFAULT

The plaintiff in the above-entitled action pursuant to Rule 55(a) of the Federal Rules of Civil Procedure hereby makes application to the Clerk for Entry of Default for the plaintiff and against the defendant for failure of said defendant to plead or otherwise defend.

Said failure of defendant to plead or otherwise defend is set forth in the following affidavit.

### AFFIDAVIT

The undersigned, being duly sworn, upon oath deposes and says:

1.    That he is a duly authorized attorney for the plaintiff and has personal knowledge of the facts set forth in this affidavit.

2.    That the plaintiff on the 16th day of November, 2006, filed in the action, its complaint against the defendant.

3.    That examination of the court files and records in this action shows that the said defendant was duly served with a copy of the summons together with a copy of plaintiff's complaint on January 16, 2007.

4.    That more than 20 days have elapsed since service of the summons and complaint; and

Case 1:07-cv-01366-DAB    Document 7-5    Filed 03/29/2007    Page 3 of 3
Case 1:06-cv-00499-S-LDA    Document 12    Filed 03/07/2007    Page 2 of 2
Case 1:06-cv-00499-S-LDA    Document 11    Filed 03/06/2007    Page 2 of 2

5.   That the defendant has failed to plead or otherwise defend as to plaintiff's complaint; and

6.   That this affidavit is executed by affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the plaintiff to obtain an entry of default against the defendant for its failure to plead or otherwise defend as to the plaintiff's complaint.

/s/ Thomas C. Plunkett
_____
AFFIANT

Subscribed and sworn to before me this 6th day of March, 2007.

/s/ Charles N. Redihan, Jr.
_____
Notary Public
_____
NOTARY PUBLIC

### ENTRY OF DEFAULT

It appearing that the defendant(s) in the above action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

DEFAULT is hereby entered for the plaintiff and against defendant

this          day of March, 2007.

CLERK   3/2/ 07

# EXHIBIT 5



DAY PITNEY LLP
Jeffrey S. Mandel (JM8435)
7 Times Square
New York, New York 10036
(212) 297-5800

Attorneys for Plaintiff
TL Toys HK Ltd.



RECEIVED
??? 2 9 2007
U.S.D.C. S.D. N.Y.
CASHIERS

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JUDGE BATTS

TL TOYS HK, LTD.,

                  Plaintiff,

v.

CHRISHA CREATIONS, LTD.,

                  Defendant.

:
:
:
:
:
:

## 07 CV 1366

### COMPLAINT

       Plaintiff, TL Toys HK, Ltd. ("TL Toys"), by its attorneys Day Pitney LLP, for their Complaint against Chrisha Creations, Ltd. ("Chrisha") in this action allege:

### PARTIES AND JURISDICTION

    1.    Plaintiff, TL Toys, is a corporation organized and existing under the laws of Hong Kong.

    2.    Defendant, Chrisha, is a New York corporation with its principle place of business in Rhode Island.

    3.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are diverse and the amount in controversy, exclusive of costs and fees, exceeds $75,000.

    4.    This Court has personal jurisdiction over the Defendant.

1498794A09022107

5.      Venue is proper pursuant to 28 U.S.C. § 1391.

## ALLEGATIONS COMMON AS TO ALL COUNTS

6.      This is a breach of contract action arising out of Chrisha's receipt of merchandise from TL Toys, and Chrisha's failure to pay.

7.      TL Toys shipped the merchandise to several locations as agreed with Chrisha, including to New York.

8.      TL Toys performed under the contract by supplying the merchandise ordered by Chrisha.

9.      Chrisha accepted the merchandise and failed to timely and/or properly reject the merchandise.

10.     Chrisha also agreed to pay to TL Toys upfront costs incurred by TL Toys, including but not limited to product development costs.

11.     The upfront costs were designated as debit notes and were payable to TL Toys by Chrisha.

12.     Chrisha made payments on some of the merchandise, but then stopped making payments.

13.     Chrisha belatedly returned a small portion of the merchandise asserting that the merchandise was non-confirming.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

14.     TL Toys repeats and re-alleges paragraphs 1 through 13 as if set forth herein.

15.     Chrisha agreed to pay TL Toys for upfront costs so that TL Toys could manufacture certain merchandise for Chrisha.

16.     The following debit notes were issued:

| INVOICE | AMT DUE | INVOICE | AMT DUE |
|---|---|---|---|
| DN074/2005 | $77.00 | DN006/2006 | $387.10 |
| DN004/2006 | $16,000.00 | DN013/2006 | $14,050.00 |
| DN005/2006 | $11,548.00 | DN014/2006 | $66.00 |

| | | | |
|---|---|---|---|
| DN015/2006 | $2,914.00 | DN033/2006 | $8,000.00 |
| DN024/2006 | $147.50 | DN040/2006 | $90.30 |
| DN025/2006 | $671.00 | DN041/2006 | $180.65 |
| DN026/2006 | $120.00 | DN042/2006 | $220.00 |
| DN027/2006 | $49,250.00 | DN043/2006 | $1,124.54 |
| DN031/2006 | $114.00 | DN044/2006 | $903.23 |
| DN032/2006 | $176.00 | DN050/2006 | $606.40 |

17.    Despite demand for payment, Chrisha has failed to pay the remaining balance.

18.    An outstanding balance of $106,645.72, plus interest, remains due and owing from Chrisha to TL Toys for the debit notes.

## SECOND CAUSE OF ACTION
### (Breach of Contract)

19.    TL Toys repeats and re-alleges paragraphs 1 through 18 as if set forth herein.

20.    On or around November 11, 2006, Chrisha filed a Complaint against TL Toys in the United States District Court for the District of Rhode Island (1:06-cv-499-S-LDA), which alleged that a small portion of the merchandise manufactured by TL Toys was allegedly non-conforming (the "Rhode Island Complaint").

21.    Chrisha has not properly served TL Toys with the Rhode Island Complaint.

22.    The Rhode Island Complaint identifies, and alleges as being non-conforming, TL Toys' product numbers 89004, 88886, 89005, 89011, 88996m, 89004m, and 89017.

23.    The TL Toys' product numbers identified by Chrisha in the Rhode Island Complaint correspond to Chrisha invoices as follows:

| PRODUCT # | INVOICE | AMT |
|---|---|---|
| 89004 | CHRS6046 | $299,040.00 |
| 88886 | CHRS6031 | $365,844.00 |
| 88886 | CHRS6051 | $26,230.00 |
| 89005 | CHRS6031 | $469,810.00 |
| 89011 | CHRS6029 | $215,000.00 |
| 88996m | CHRS6029 | $215,000.00 |
| 89004m | CHRS6050 | $179,224.00 |
| 89017 | CHRS6027 | $21,945.00 |

24.    The total amount of all of the invoices set forth in the Rhode Island Complaint by Chrisha is $1,792,093.00.

25.    Chrisha accepted the merchandise identified in the Rhode Island Complaint and/or failed to timely and/or properly reject the merchandise.

26.    Despite demand for payment on same, Chrisha has refused to make payment to TL Toys for the merchandise identified by Chrisha in the Rhode Island Complaint.

27.    An outstanding balance of $1,792,093.00, plus interest, remains due and owing from Chrisha to TL Toys on product numbers 89004, 88886, 89005, 89011, 88996m, 89004m, and 89017.

### THIRD CAUSE OF ACTION
(Breach of Contract)

28.    TL Toys repeats and re-alleges paragraphs 1 through 27 as if set forth herein.

29.    TL Toys manufactured merchandise for Chrisha pursuant to the parties' agreement in addition to the merchandise identified by Chrisha in the Rhode Island Complaint..

30.    Below are the invoices for all of the merchandise manufactured by TL Toys for Chrisha:

| INVOICE | AMT DUE | INVOICE | AMT DUE | INVOICE | AMT DUE |
|---------|---------|---------|---------|---------|---------|
| CHRS6031 | $1,081,526.30 | CHRS6013 | $86,072.00 | CHRS6032 | $33,631.20 |
| CHRS6017 | $45,948.00 | CHRS6013 | $44,576.00 | CHRS6032 | $34,470.00 |
| CHRS6017 | $25,620.00 | CHRS6013 | $86,240.00 | CHRS6032 | $34,885.20 |
| CHRS6017 | $33,600.00 | CHRS6013 | $60,760.00 | CHRS6032 | $34,470.00 |
| CHRS6025 | $15,945.60 | CHRS6013 | $104,664.00 | CHRS6032 | $33,631.20 |
| CHRS6025 | $9,530.40 | CHRS6032 | $9,342.00 | CHRS6032 | $34,470.00 |
| CHRS6011 | $192,405.40 | CHRS6032 | $44,841.60 | CHRS6032 | $34,470.00 |
| CHRS6011 | $37,093.20 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $41,955.20 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6045 | $4,554.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6031 | $6,364.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6031 | $5,390.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6031 | $1,540.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6029 | $3,710.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,792.80 |
| CHRS6029 | $618.00 | CHRS6032 | $34,470.00 | CHRS6032 | $41,935.20 |
| CHRS6013 | $99,736.00 | CHRS6032 | $34,470.00 | CHRS6032 | $14,947.20 |
| CHRS6013 | $149,184.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $88,256.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $109,592.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $150,920.00 | CHRS6032 | $33,003.60 | CHRS6032 | $34,470.00 |

| | | | | | |
|---|---|---|---|---|---|
| CHRS6032 | $34,662.00 | CHRS6032 | $34,470.00 | CHRS6046 | $40,797.60 |
| CHRS6032 | $33,631.20 | CHRS6032 | $33,588.00 | CHRS6046 | $40,797.60 |
| CHRS6032 | $33,631.20 | CHRS6032 | $33,631.20 | CHRS6013 | $46,088.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $40,897.20 | CHRS6049 | $35,310.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 | CHRS6031 | $92,730.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 | CHRS6032 | $18,000.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 | CHRS6032 | $19,622.40 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,054.80 |
| CHRS6032 | $34,470.00 | CHRS6032 | $33,847.20 | CHRS6032 | $20,058.00 |
| CHRS6032 | $34,470.00 | CHRS6031 | $7,617.60 | CHRS6032 | $19,056.00 |
| CHRS6032 | $34,470.00 | CHRS6031 | $3,385.60 | CHRS6032 | $19,586.40 |
| CHRS6032 | $34,470.00 | CHRS6017 | $15,708.00 | CHRS6032 | $19,830.00 |
| CHRS6032 | $43,803.60 | CHRS6032 | $34,470.00 | CHRS6032 | $18,207.60 |
| CHRS6032 | $40,761.60 | CHRS6032 | $34,470.00 | CHRS6029 | $164,491.20 |
| CHRS6029 | $32,076.00 | CHRS6032 | $26,608.80 | CHRS6029 | $120,610.80 |
| CHRS6049 | $27,000.00 | CHRS6032 | $34,470.00 | CHRS6029 | $137,663.60 |
| CHRS6046 | $50,760.00 | CHRS6032 | $34,470.00 | CHRS6032 | $48,902.40 |
| CHRS6031 | $55,110.00 | CHRS6032 | $34,470.00 | CHRS6032 | $38,035.20 |
| CHRS6024 | $57,072.00 | CHRS6032 | $34,470.00 | CHRS6032 | $17,131.20 |
| CHRS6024 | $43,994.00 | CHRS6032 | $34,470.00 | CHRS6032 | $48,902.40 |
| CHRS6024 | $44,848.00 | CHRS6032 | $33,610.80 | CHRS6032 | $18,792.00 |
| CHRS6024 | $16,956.00 | CHRS6032 | $12,456.00 | CHRS6032 | $1,245.60 |
| CHRS6024 | $10,698.00 | CHRS6050 | $71,724.00 | CHRS6032 | $8,926.80 |
| CHRS6024 | $26,996.00 | CHRS6050 | $35,862.00 | CHRS6032 | $1,868.40 |
| CHRS6024 | $16,584.00 | CHRS6046 | $50,760.00 | CHRS6050 | $71,638.00 |
| CHRS6024 | $51,452.00 | CHRS6046 | $50,760.00 | CHRS6029 | $73,132.00 |
| CHRS6032 | $34,470.00 | CHRS6046 | $50,760.00 | CHRS6029 | $180,200.60 |
| CHRS6032 | $34,470.00 | CHRS6046 | $50,760.00 | CHRS6029 | $55,097.20 |
| CHRS6032 | $34,470.00 | CHRS6046 | $50,760.00 | CHRS6051 | $23,656.20 |
| CHRS6032 | $33,346.80 | CHRS6046 | $50,760.00 | CHRS6008/09 | $70,500.00 |
| CHRS6032 | $35,092.80 | CHRS6046 | $50,760.00 | CHRS6031 | $33,505.00 |
| CHRS6032 | $34,470.00 | CHRS6046 | $50,760.00 | CHRS6019 | $27,023.00 |
| CHRS6011 | $22,962.00 | CHRS6046 | $40,797.60 | CHRS6031 | $1,775.00 |
| CHRS6031 | $28,441.20 | CHRS6046 | $40,797.60 | CHRS6004 | $34,720.00 |
| CHRS6032 | $34,470.00 | CHRS6046 | $40,797.60 | CHRS6020 | $17,011.00 |
| CHRS6032 | $34,470.00 | CHRS6046 | $40,797.60 | CHRS6020 | $12,760.00 |
| CHRS6032 | $34,470.00 | CHRS6046 | $20,398.80 | CHRS6020 | $65,419.20 |
| CHRS6032 | $34,470.00 | CHRS6046 | $40,797.60 | CHRS6020 | $66,178.80 |

31.    The total amount of the invoices for merchandise manufactured by TL Toys for

Chrisha is $8,145,265.70.

32.    An outstanding balance of $8,145,265.70, plus interest, remains due and owing

from Chrisha to TL Toys from all of the merchandise manufactured by TL Toys for Chrisha.

33.    Despite demand for payment, Chrisha has failed to pay the remaining balance.

34.    Accepting as true the allegations in the Rhode Island Complaint, and accepting that Chrisha is not liable for $1,792,093.00 on product numbers 89004, 88886, 89005, 89011, 88996m, 89004m, and 89017, then an outstanding balance of $6,353,172.70, plus interest, remains.

35.    Chrisha has accepted merchandise manufactured by TL Toys for Chrisha as confirming, without payment for same, totaling $6,353,172.70, plus interest.

36.    Despite demand for payment, Chrisha has failed to pay the remaining balance.

37.    An outstanding balance of $6,353,172.70, plus interest, remains due and owing from Chrisha to TL Toys from the merchandise manufactured by TL Toys for Chrisha that is not identified in the Rhode Island Complaint as being non-confirming.

## FOURTH CAUSE OF ACTION
### (Unjust Enrichment)

38.    TL Toys repeats and re-alleges paragraphs 1 through 37 as if set forth herein.

39.    Chrisha had use and possession of TL Toy's merchandise without making payments to TL Toys.

40.    Chrisha was unjustly enriched in an amount equal to the contract price of the merchandise plus interest, plus any other income Chrisha realized or received due to its possession, use and/or sale of TL Toy's products.

41.    Accordingly, TL Toys is entitled to judgment against Chrisha in an amount to be determined by the value of the merchandise, the amounts due under the parties' contracts plus any other income that Chrisha received due to the possession and/or sale of the products.

## FIFTH CAUSE OF ACTION
(Book Account)

42.    TL Toys repeats and re-alleges paragraphs 1 through 41 as if set forth herein.

43.    The agreements between TL Toys and Chrisha are evidenced by invoices.

44.    Chrisha has failed and refused to pay said sum in full, despite due demand, which said amount remains due and owing.

45.    TL Toys' invoices were rendered in the regular course of business and Chrisha did not timely object to the amount contained therein.

46.    Accordingly, Chrisha is liable to TL Toys for an account stated in the amount of $8,251,911.42 plus interest.

## SIXTH CAUSE OF ACTION
(Breach of Duty of Good Faith and Fair Dealing)

47.    TL Toys repeats and re-alleges paragraphs 1 through 46 as if set forth herein.

48.    Chrisha has arbitrarily and unreasonably withheld money due and owing to TL Toys under the parties' agreement.

49.    Chrisha's conduct has deprive TL Toys of the benefits of the parties' agreement.

50.    Chrisha has acted with bad motive and/or intention in failing to honor the agreement.

51.    Chrisha's conduct constituted a breach of the implied covenant of good faith and fair dealing.


WHEREFORE, Plaintiff, TL Toys HK Ltd., seeks judgment against Defendant, Chrisha Creations Ltd., as follows:

(a)    Declaring Defendant, Chrisha Creations Ltd., in breach of contract;

(b)     Awarding Plaintiff, TL Toys HK Ltd., an amount of $8,251,911.42 plus interest;

(c)     Awarding Plaintiff, TL Toys HK Ltd., an amount equal to that which Defendant, Chrisha Creations Ltd., has been unjustly enriched; and

(d)     Awarding Plaintiff, TL Toys HK Ltd., such other and further relief as this Court deems just and proper.

Respectfully submitted,

By: _____
        Jeffrey S. Mandel (JM8435)

DAY PITNEY LLP
7 Times Square
New York, New York 10036
(212) 297-5800

Attorneys for Plaintiff
TL Toys HK Ltd.

Dated: 2/21/07