UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TL TOYS HK, LTD.

                        Plaintiff,

                                                               Civil Action No.:
         -against-                                    07-CV-1366 (DAB)

CHRISHA CREATIONS, LTD,                     **NOTICE OF APPEARANCE**

                            Defendant.

-------------------------------------------------------------------X

<u>APPEARANCE</u>

Please enter the appearance of the undersigned in the above captioned matter on behalf of the Defendant, CHRISHA CREATIONS LTD.

Dated: Uniondale, New York
       March 29, 2007

                                        RIVKIN RADLER LLP

                         By:        /s/
                                        Celeste M. Butera
                                        *Attorney for Defendant*
                                        926 RexCorp Plaza
                                        Uniondale, New York  11556-0926
                                        (516) 357-3000