USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TL TOYS HK, LTD.,

                Plaintiff,

-against-

CHRISHA CREATIONS, LTD.,

                Defendant.

------------------------------------------------------------X

Civ. No.: 07 CV 1366 (DAB)

**STIPULATION EXTENDING TIME TO FILE REPLY TO MOTION TO DISMISS**

Plaintiff TL Toys HK, Ltd. ("TL Toys") and defendant Chrisha Creations, Ltd. ("Chrisha") hereby stipulate and agree as follows:

1. Chrisha filed a motion to dismiss this action on March 29, 2007.

2. TL Toys filed a memorandum of law in opposition to Chrisha's motion to dismiss on April 5, 2007.

3. The parties agree that Chrisha's time to file a reply memorandum of law is extended until April 17, 2007.

4. This stipulation may be executed in one or more copies, all of which shall constitute, and be construed, as a single instrument upon delivery and exchange of such signed copies by each of the undersigned.

(Continued on next page for signature.)

Dated: Uniondale, New York
      April 11, 2007

RIVKIN RADLER LLP

_____
Celeste M. Butera (CB 5659)
Joseph K. Poe (JP 1960)
926 Reckson Plaza
Uniondale, New York 11556-0926
(516) 357-3000
(516) 357-3333 (facsimile)

Attorneys for Plaintiff
CHRISHA CREATIONS, LTD.

Dated: New York, New York
      April 11, 2007

DAY PITNEY LLP

_____
Jeffrey S. Mandel (JM 8435)
200 Campus Drive
Florham Park, New Jersey
(973) 966-8206
(973) 966-1015 (facsimile)

Attorneys for Plaintiff
TL TOYS HK, LTD.

SO ORDERED:

_____
Deborah A. Batts, U.S.D.J.    4/12/2007

2023941 v3