DAY PITNEY LLP
Jeffrey S. Mandel (JM8435)
7 Times Square
New York, New York 10036
(212) 297-5800
jmandel@daypitney.com

Attorneys for Plaintiff
TL Toys HK Ltd.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TL TOYS HK, LTD., | : Civ. No. 07 CV 1366 (DAB) |
| Plaintiff, | : |
| v. | : **STIPULATION OF DISMISSAL** |
| CHRISHA CREATIONS, LTD., | : |
| Defendant. | : |

Pursuant to *Fed. R. Civ. P.* 41(a)(1)(i), and prior to Defendant having filed an Answer or motion for summary judgment, Plaintiff TL Toys HK, Ltd. hereby dismisses the above-captioned case due to the action being pursued in the District Court for the District of Rhode Island under docket 06-499S and this Court having stayed proceedings pending that matter.

DAY PITNEY LLP
Attorneys for Plaintiff
TL Toys HK Ltd.

By: _____
Jeffrey S. Mandel

81588494A02010208