DAY PITNEY LLP
Jeffrey S. Mandel (JM8435)
7 Times Square
New York, New York 10036
(212) 297-5800
jmandel@daypitney.com

Attorneys for Plaintiff
TL Toys HK Ltd.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2008

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

TL TOYS HK, LTD.,

    Plaintiff,

v.

CHRISHA CREATIONS, LTD.,

    Defendant.

Civ. No. 07 CV 1366 (DAB)

**STIPULATION OF DISMISSAL**

Pursuant to *Fed. R. Civ. P.* 41(a)(1)(i), and prior to Defendant having filed an Answer or motion for summary judgment, Plaintiff TL Toys HK, Ltd. hereby dismisses the above-captioned case due to the action being pursued in the District Court for the District of Rhode Island under docket 06-499S and this Court having stayed proceedings pending that matter.

**SO ORDERED**

*Deborah A. Batts*  1/10/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

DAY PITNEY LLP
Attorneys for Plaintiff
TL Toys HK Ltd.

By: _____
    Jeffrey S. Mandel